STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2000

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00438

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. _____ |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. 841(a)(1)] |
| MARIO FLAVIO C. ALMEIDA, | |
| Defendant. | |

HG

### INDICTMENT

The Grand Jury charges that:

On or about November 1, 2000 in the District of Hawaii, defendant Mario Flavio C. Almeida knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Sections

841(1) and 841(b)(1)(C).

DATED: Honolulu, Hawaii, November 8, 2000.

/s/
_____
GRAND JURY FOREPERSON

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Almeida, USDC-Hawaii, Indictment.